'IL

JAN 2 8 2008

DISTRICT
OF C

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR003-LAB |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| JESUS OGESO-GARCIA, ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. ) | |

The United States Attorney charges:

Count 1

On or about _October 14, 2005_, within the Southern District of California, defendant JESUS OGESO-GARCIA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

CPH:mg:San Diego
12/11/2007

| | |
|---|---|
| 1 | <u>Count 2</u> |
| 2 | On or about November 29, 2007, within the Southern District of |
| 3 | California, defendant JESUS OGESO-GARCIA, being an alien, |
| 4 | unlawfully entered or attempted to enter the United States at a |
| 5 | time and place other than as designated by immigration officers, |
| 6 | and eluded examination and inspection by immigration officers, and |
| 7 | attempted to enter or obtained entry to the United States by a |
| 8 | willfully false or misleading representation or the willful |
| 9 | concealment of a material fact and previously committed the offense |
| 10 | of illegal entry, as alleged in Count 1; all in violation of |
| 11 | Title 8, United States Code, Section 1325, a felony. |
| 12 | DATED: *January 2, 2008* |

KAREN P. HEWITT
United States Attorney

*[signature]*

CAROLINE P. HAN
Assistant U.S. Attorney