UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 FEB 27 AM 9:41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____KMT_____ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JESUS OBESO GARCIA,

        Defendant.

CASE NO. 08CR0003-LAB

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 8 USC 1325 - Illegal Entry (Misdemeanor); 8 USC 1325 - Illegal Entry (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/25/08

_____
LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

ENTERED ON _____