# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 FEB 27 AM 9:41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY KMH DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR0003-LAB |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| JESUS OBESO GARCIA, | |
| Defendant. | |

FILED
2008 FEB 28 PM 12:21

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

**X**  of the offense(s) of: 8 USC 1325 - Illegal Entry (Misdemeanor); 8 USC 1325 - Illegal Entry (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/25/08

_____
LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal
and Commitment on 2/27/08
United States Marshal
By: _____
USMS Criminal Section

ENTERED ON _____